UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

    Sean A. Jones                                    Case No.   12-31272-KRH

Debtor                                              Chapter 13

    4911 Fordham Road

    Richmond, VA 23236

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any) 1176

### ORDER APPROVING ATTORNEY COMPENSATION

      The attorney for Debtors(s) filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of $400.00 in connection with the filing of a post-confirmation modified plan on 07/02/2013 pursuant to the trustee's motion to dismiss on 07/01/2013. There being no objection filed to the application for compensation in this matter to date in the amount of $400.00 and that the Chapter 13 trustee, Robert E. Hyman, is authorized to pay an additional $400.00 to Robert B. Duke, Jr. from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

                                                      UNITED STATES BANKRUPTCY COURT

Dec 13 2013                 By   /s/ Kevin R Huennekens
                                                               Judge

Notice of Order Entered on Docket
      Dec 13 2013

I ask for this:
/s/ Robert B. Duke, Jr.
Robert B. Duke, Jr. (VSB#74070)
America Law Group Inc.
dba The Debt Law Group
1928 Arlington Blvd, Ste 112
Charlottesville, VA 22903
434-227-8091

Fax : 434-321-5211

Seen and agreed

/s/ Robert E. Hyman_____
Robert E. Hyman

## Certification

I hereby certify that this Order has been endorsed by all necessary parties to this matter.

/s/ Robert B. Duke, Jr.
Robert B. Duke, Jr.

Please send a copy of this Order to:

Robert E. Hyman
P.O. Box 1780
Richmond, VA 23219-1780


Sean A. Jones
Debtor
4911 Fordham Road
Richmond, VA 23236